UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GENE RHODES and KAREN RHODES,

    Plaintiffs,

    v.

VISA, INC., SERVICES CREDIT UNION
and 1ST MIDAMERICA CREDIT UNION,

    Defendants.

Case No. 10-cv-1044-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the joint motion to remand (Doc. 32) filed by the remaining parties in this case. The parties agree that the amount in controversy at the time of removal did not satisfy the requirement for jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2), the grant of original jurisdictional upon which the defendants based their removal. As remand for lack of jurisdiction is proper, the Court **GRANTS** the joint motion to remand (Doc. 32) and **REMANDS** this case to the Circuit Court for the Third Judicial Circuit, Madison County, Illinois. This order renders the pending motion to remand (Doc. 18) **MOOT**.

**IT IS SO ORDERED.**
**DATED: March 4, 2011**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**